**RIVKIN RADLER**
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2023

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**LAWRENCE S. HAN**
(516) 357-3148
lawrence.han@rivkin.com

February 3, 2023

MEMO ENDORSED

Conference adjourned to 3/9/2023 @ 10:30 AM

[signed] Colleen McMahon
2/6/2023

**VIA ECF**

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, NY 10007

    Re:   Velazquez v. Nextphase, Inc.
           Action No.: 22-cv-7967 (CM)
           RR File No.: 12899-2

Dear Honorable Colleen McMahon:

This office is local counsel for defendant Nextphase, Inc. ("Defendant") in the above-referenced matter. We write in response to the Court's notice (ECF #14) scheduling an initial conference on February 8, 2023, at 11:30 AM.

Both Michael Stanger, counsel for Defendant appearing *pro hac vice*, and I have conflicts on February 8, 2023, and respectfully ask that the Court adjourn the initial conference to a later date. Prior to submitting this letter request, I reached out to Plaintiff's counsel Mark Rozenberg regarding our scheduling conflict, and Mr. Rozenberg consented to our request provided that the initial conference is not scheduled in the afternoon of February 9, 2023 as he has a conflict then. The requested adjournment of the initial conference should not affect any other scheduled dates.

Accordingly, we respectfully that the Court adjourn the initial conference scheduled for February 8, 2023.

                                                    Respectfully submitted,

                                                    RIVKIN RADLER LLP

                                                    *s/ Lawrence S. Han*
                                                    Lawrence S. Han

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

6179147.v2