

**STRONG & HANNI LAW FIRM**

ESTABLISHED 1888

T (801) 532-7080
F (801) 596-1508

WWW.STRONGANDHANNI.COM

PAUL M. BELNAP
STUART H. SCHULTZ
MARK S. SWAN
BRIAN C. JOHNSON [1]
JENNIFER L. FALK
STEPHEN J. TRAYNER
STANFORD P. FITTS [17]
PETER H CHRISTENSEN [11,17]
ROBERT L. JANICKI [4]
REID W. LAMBERT
H. BURT RINGWOOD
ZACHARY T. SHIELDS
KRISTIN A. VANORMAN
KENT M. BROWN [4]
PETER H. BARLOW [4]
MICHAEL L. FORD [3,4,15,17]
GRADEN P. JACKSON [2]
H. SCOTT JACOBSON
MICHAEL J. MILLER [6,16]
ANDREW D. WRIGHT
BYRON G. MARTIN [4,16]
BENJAMIN P. THOMAS
DARCY M. GODDARD [2,10]
MICHAEL D. STANGER [8]
A. JOSEPH SANO
JAMES C. THOMPSON
KARMEN C. SCHMID

BRONSON D. BILLS
LORI A. JACKSON
JEREMY G. KNIGHT [4]
WILLIAM B. INGRAM
RYAN P. ATKINSON [17]
JENNIFER R. CARRIZAL
JOHN M. ZIDOW
ANDREW B. McDANIEL
SADÉ A. TURNER [4]
THOMAS V. LOPRESTO II
CASEY W. JONES
RYAN C. BULLOCK
KATHLEEN J. ABKE [6]
MARSHALL J. HENDRICKSON
CHET W. NEILSON [1]
S. SPENCER BROWN
RON W. HAYCOCK, JR.
MATTHEW A. JONES [9]
JOSEPH SHAPIRO [1]
MATT W. HARRISON
NICHOLAS E. DUDOICH
WHITLIE L. KAUFFMAN
JESSICA J. JOHNSTON
AXEL TRUMBO
CASSIDY R. ELLIS [8]
SCARLET R. SMITH [17]
JACK DAVID SMART [11]

STEVEN M. EDMONDS [16]
MIRIAM ALLRED [7,13]
R. JESSE DAVIS
RYAN M. STEPHENS
NICHOLAS R. REMKES [7]
KAILEEN M. BALZANO [10]
AARON H. SMITH [10]
DUSTIN M. JOHNSON
SPENCER W. YOUNG [14]
SCOTT L. SMITH [8]
MICHAEL F. WUNDERLI
ALEC C. PIZANO [5]
SIDNEY R. HORROCKS [12]
SPENCER D. BROWN
TAYLOR J. SMITH
BRADLEY G. TAYLOR [2]
SAVANNA JONES
SARAH E. DARBY
SAMANTHA A. WEAVER
THOMAS M. ALLDRIDGE
MARISSA R. NUNEZ [14]
ELLEN H. WELCH
KAITLYN BEAN
CONNOR J. KELLER
BRIEN J. BROCKBANK

[1] ALSO MEMBER CALIFORNIA BAR
[2] ALSO MEMBER COLORADO BAR
[3] ALSO MEMBER DISTRICT OF COLUMBIA BAR
[4] ALSO MEMBER IDAHO BAR
[5] ALSO MEMBER MINNESOTA BAR
[6] ALSO MEMBER MONTANA BAR
[7] ALSO MEMBER NEBRASKA BAR
[8] ALSO MEMBER NEVADA BAR
[9] ALSO MEMBER NEW MEXICO BAR
[10] ALSO MEMBER NEW YORK BAR
[11] ALSO MEMBER OREGON BAR
[12] ALSO MEMBER PENNSYLVANIA BAR
[13] ALSO MEMBER SOUTH DAKOTA
[14] ALSO MEMBER TEXAS BAR
[15] ALSO MEMBER VIRGINIA BAR
[16] ALSO MEMBER WASHINGTON BAR
[17] ALSO MEMBER WYOMING BAR

OF COUNSEL
---------------
HENRY E. HEATH
PHILIP R. FISHLER
ROGER H. BULLOCK
STEVEN T. OENSLEY

GORDON R. STRONG (1909-1969)
GLENN C. HANNI (1923-2015)

MEMO ENDORSED

March 8, 2023

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/2023

**VIA ECF**

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, NY 10007

OK, Conference adjourned.

/s/ Colleen McMahon
3/8/2023

    *Re: Velazquez v. Nextphase, Inc.*
    No.: 22-cv-7967 (CM)

Dear Honorable Colleen McMahon:

    I am counsel for defendant Nextphase, Inc. in the above-referenced case. My local counsel, Lawrence S. Han, Esq., of Rivkin Radler LLP, reports that your chambers contacted him regarding the scheduling conference that is currently calendared for tomorrow, March 9, 2023. Because we will be filing a motion to dismiss, the clerk requested that we submit this letter requesting adjournment of the conference until such time as the motion to dismiss has been resolved. Accordingly, we respectfully request that the Court adjourn tomorrow's scheduling conference.

                                                                    Respectfully submitted,

                                                                    **STRONG & HANNI**

                                                                    */s/Michael D. Stanger*
                                                                    Michael D. Stanger

SALT LAKE CITY OFFICE
102 SOUTH 200 EAST, SUITE 800
SALT LAKE CITY, UT 84111

SANDY OFFICE
9350 SOUTH 150 EAST, SUITE 820
SANDY, UT 84070

Case 1:22-cv-07967-CM   Document 20   Filed 03/08/23   Page 2 of 2

Hon. Colleen McMahon, U.S.D.J.
March 8, 2023
Page 2

SO ORDERED:

_____
Hon. Colleen McMahon, U.S.D.J.

Dated: